# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,          )
                                   )
   v.                              )   2:11-CR-385-PMP (RJJ)
                                   )
EMANUEL MEJIA, a.k.a               )
Isidro Castillo-Maldonado,         )
                                   )
            Defendant.          )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on April 9, 2012, defendant EMANUEL MEJIA, a.k.a. Isidro Castillo-Maldonado, pled guilty to a Criminal Indictment, charging him with Illegal Alien in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g). Docket #8.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), that the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant EMANUEL MEJIA, a.k.a. Isidro Castillo-Maldonado, pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    a.    Bryco Arms, .22 caliber handgun, serial number 1117853;

    b.    Beretta, .25 caliber handgun, serial number DAA259520;

    c.    Ruger, .22 caliber rifle, serial number 353-40926; and

d.      any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of EMANUEL MEJIA, a.k.a. Isidro Castillo-Maldonado, in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

   Michael A. Humphreys
   Assistant United States Attorney
   Daniel D. Hollingsworth
   Assistant United States Attorney
   Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 10th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE